STATE OF NEW JERSEY v. WILLIAM BROOKS.

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP A. TOOMER.

February 2, 1971. Petition for certification denied.

UNITED TRANSPORTATION UNION v. STATE OF NEW JERSEY, DEPARTMENT OF TRANSPORTATION, COMMUTER OPERATING AGENCY, *ET AL.*

February 2, 1971. Petition for certification denied. (See 112 *N. J. Super.* 290).

STATE OF NEW JERSEY v. CLARENCE CALDWELL.

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID JOHNSON.

February 2, 1971. Petition for certification denied.

THOMAS W. KELLY, AS EXECUTOR OF THE ESTATE OF THORNTON C. LAND v. SIDNEY GLASER, ACTING DIRECTOR, DIVISION TAXATION, DEPARTMENT OF THE TREASURY.

February 2, 1971. Petition for certification granted. (See 112 *N. J. Super.* 419).